**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANDY MILLER, | ) | |
| Petitioner, | ) | 3:11-cv-00612-RCJ-VPC |
| vs. | ) | |
| | ) | ORDER |
| RENEE BAKER, | ) | |
| Respondent. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On January 24, 2012, respondents filed a motion for an extension of time to file their reply in support of the motion to dismiss. (ECF No. 17.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including February 7, 2012, to file their reply.

Dated this \_\_\_23rd\_\_\_ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE