# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDY MILLER,

        Petitioner,        3:11-cv-00612-RCJ-VPC

vs.

                                    ORDER

RENEE BAKER,

        Respondent.

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is proceeding without counsel.

On a finding that petitioner had only exhausted ground five of his petition and that he was not entitled to a stay and abeyance to exhaust his unexhausted grounds for relief (ECF No. 28), petitioner has filed an amended petition raising only ground five. He notes, however, that he was unable to obtain copies or postage from the law library and asks the Court to serve the amended petition upon respondents or order the prison officials to provide him with copies and postage.

The Court will direct the clerk to ensure electronic service of the amended petition upon respondents and will direct respondents to file their answer to this single ground for relief. Moreover, due to petitioner's assertions about denial of copies and other supplies, the Court will

overlook the somewhat incomplete nature of the Amended Petition. Respondents and the Court shall assume that the amended petition's first two pages are (or would be) identical to the original.

**IT IS THEREFORE ORDERED** that the clerk shall **electronically serve** the Amended Petition (ECF No. 29) upon respondents.

**IT IS FURTHER ORDERED** that respondents shall have thirty days from entry of this order to file their Answer to this single ground for relief. Arguments as to the petition's form will not be entertained. Thereafter, petitioner shall have thirty days to file his reply.

**IT IS FURTHER ORDERED** that prison officials shall provide petitioner with sufficient copies of his reply brief and postage to allow him to file the reply, serve a copy upon respondents by mail and to retain a copy for his records.

Dated this 11th day of March, 2013.

_____
United States Chief District Judge